\*\* E-filed September 16, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, | No. C09-06109 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| v. | |
| GENE M. SIGNORELLI; and INDIA FOODS, INC., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

## BACKGROUND

Plaintiff Rick Futia ("Futia") sued Gene Signorelli ("Signorelli") and India Foods, Inc. ("India Foods"), the purported owners of the Royal Taj India Cuisine restaurant in Campbell, California, for failing to provide wheelchair-accessible parking and restroom facilities in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. 12101, *et seq*. ("ADA") and the California Civil Code. Futia seeks injunctive relief, damages, and attorneys' fees and costs.

India Foods filed a one-page answer that stated only that "Defendant, India Foods Inc generally denies each allegation of the unverified claim." (Docket No. 6 at 1.) India Foods's answer is signed by "Kamal Mann" ("Mann"), but it does not indicate who he is or whether he is an attorney, and it fails to provide any contact information whatsoever. (*Id*.) Mann appears to be related to India Foods in some capacity, though, as the Court's docket indicates that communications to India Foods are to be sent care of Mann. (*See* Docket.)

Futia thereafter filed a motion to strike India Foods's answer. (Docket No. 10.) India Foods has not responded. Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for determination without oral argument, and the September 21, 2010 hearing is vacated.

## DISCUSSION

Futia first argues that India Foods is a corporation, and so it can only appear through an attorney admitted to this Court. He is correct that a corporation "may appear only through a member of the bar of this Court." CIV. L.R. 3-9(b). Although Futia never alleged in his first amended complaint that India Foods is a corporation, s*ee generally* Docket No. 4, he did name "India Foods, Inc." as a defendant, and India Foods's answer states that "India Foods Inc" denies Futia's allegations, Docket No. 6 at 1.[1] It is unclear from India's Food's answer whether Mann is an attorney, let alone an attorney who is admitted to this Court, and no attorney has appeared on behalf of India Foods either. Thus, the Court recommends that Futia's motion be granted on this ground.

Futia also argues that India Foods's answer violates the local rules because it does not include any contact information for the person who filed it. He is correct again. The local rules require all papers presented for filing to set forth contact information for the individual presenting the paper. *See* CIV. L.R. 3-4(a)(1). The Court recommends that Futia's motion be granted on this ground as well.

## CONCLUSION

Because all of the parties have yet to consent to the undersigned's jurisdiction, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. The undersigned further RECOMMENDS that the newly-assigned district court judge grant Futia's motion to strike the answer of India Foods, and, per Futia's request, allow India Foods to file an amended answer that complies with this District's local rules within 30 days of the date of the order granting Futia's motion.

Pursuant to Federal Rule of Civil Procedure 72(b), any party may serve and file objections to this Report and Recommendation within fourteen days after being served.

---

[1] The Court's own investigation also revealed that, according to the California Secretary of State business entity database, India Foods, Inc. (Entity No. C2535070) is an active corporation whose agent for service of process is a "Kamal Mann." *See* CALIFORNIA SECRETARY OF STATE DEBRA BOWEN, http://www.sos.ca.gov/ (last visited Sep. 16, 2010).

1  **IT IS SO ORDERED.**

2  Dated: September 16, 2010



3  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**C09-06109 HRL Notice will be electronically mailed to:**

Thomas Nelson Stewart, III          t_stew_3@yahoo.com

**Notice will be provided by other means to:**

India Foods, Inc.
c/o Kamal Mann
5704 Country Club Parkway
San Jose, CA 95136

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

4