THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia



2/10/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. CV 09-6109 JW HRL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF GENE M. SIGNORELLI |
| v. | |
| GENE M. SIGNORELLI, INDIA FOODS, INC., | |
| Defendants. _____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses Gene M. Signorelli from the above-captioned action without prejudice.

Date: February 3, 2011

S/THOMAS N. STEWART, III
Attorney for Plaintiff

CV 09-6109 JW HRL            1